

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22634-CIV-SEITZ/WHITE

JUDGE BRANDON,

    Petitioner,

v.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-4]. In the Report, Magistrate Judge White recommends that Petitioner, Judge Brandon's Petition be dismissed for failure to obtain authorization pursuant to 28 U.S.C. § 2244(b)(3), which requires an applicant to obtain leave from the appropriate court of appeals prior to filing a second or successive application for habeas relief. Petitioner has filed a previous petition for habeas relief which was denied. *See* Case No. 04-20387-CIV-Moore. Thus, the Report recommends dismissal of this action. Petitioner has not filed objections to the Report. Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

    ORDERED that:

    (1) The above-mentioned Report of Magistrate Judge [DE-4] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

    (2) Petitioner's Petition for Writ of Habeas Corpus [DE-1] is DISMISSED;

    (3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 26th day of October, 2009.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record/*Pro se party*